IH-29

# DISTRICT JUDGE BAIL DISPOSITION SHEET

UNITED STATES OF AMERICA

Date: _8/28/2008_

-vs-

_JOSE PARADA_ _____

Docket No: _08CR. 0792 (GEL)_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/28/08_

DEFENDANT ADVISED OF HIS RIGHTS UNDER THE FEDERAL RULES OF
CRIMINAL PROCEDURE. THE CHARGE WAS EXPLAINED. DEFENDANT
ADVISED OF THE RIGHT TO COUNSEL AT ALL PROCEEDINGS, AND IF
DEFENDANT HAS NO FUNDS, COUNSEL WILL BE APPOINTED.

FOR THE GOVERNMENT:

_RANDALL JACKSON_
_637-2415_

FOR THE DEFENDANT(S):

_JULIA L. GATTO_
_(212) 417-8750_

BAIL DISPOSITION:
_$1,000,000 PRB cosigned by wife + 3 other FRPs, secured_
_by $20,000 property, surrender of all travel docs &_
_no new applications; D to maintain employment,_
_strict PSA supervision, travel restricted to_
_California, Aurora, SD/EDNY._

SIGNED BY: _____, U.S.D.J.
_THE HON. GERALD E. LYNCH_

PSA OFFICER: _DENNIS KHELKEVICH_
INTERPRETER: _HELENA RECH_

PART I – TO MAGISTRATE CLERK'S OFFICE